COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 KEIWIT CORPORATION GROUP,
  
                          
 Appellant,
  
 v.
  
 ROBERT SILVA,
  
                          
 Appellee. 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-11-00333-CV
  
                          Appeal from
  
  210th District Court
  
 of El Paso County,
 Texas
  
 (TC # 2009-4743)
 
 
 
 
  
  
 
 
  
  
 
 
  
  
 
 


 

                                                     MEMORANDUM
OPINION

 

            Appellant, Kiewit Corporation Group,
has filed a motion to dismiss the appeal because it no longer desires to
prosecute the appeal.  See Tex.R.App.P.
42.1(a)(1).  We grant the motion and
dismiss the appeal.

 

January 25, 2012                                 ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.